In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Surviving Trustee under the Will of MAX WEIL, Deceased, Respondent. NELLIE J. SEXTON et al., Appellants; ALBERT SIDNEY, as Surviving Executor of FANNIE ARONSTEIN, Deceased, et al., Respondents.— Decree so far as appealed from unanimously affirmed, with costs to the respondents payable out of the fund. No opinion. Present — Martin, P. J., Townley, Glennon. Untermyer and Dore, JJ. [See *post*, p. 929.]

HARRY A. KAHN, Respondent, v. ERNEST KAHN, Appellant, et al., Defendants.— Judgment so far as appealed from unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post*, p. 818.]

WM. A. WHITE & SONS, Respondent, v. GLENWOOD GARDENS, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Trustee under the Will of CHARLES P. PHELPS, Deceased, Respondent. MINNIE B. PHELPS et al., Appellants.— Decree unanimously affirmed, with costs to the respondent payable out of the fund. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [184 Misc. 278.] [See *post*, p. 835.]

NORTHERN ASSURANCE COMPANY, LIMITED, Appellant, v. JEROME WOLK et al., Copartners Doing Business as JEROME WOLK & BRO., Respondents.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [182 Misc. 112.]

CARROLL OPERATING COMPANY, INC., Respondent, v. DODGER ATHLETIC CLUB, INC., et al., Defendants, and I. T. FLATTO, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post*, p. 818.]

BRADHURST ESTATES, INC., Respondent, v. VAN CORTLANDT ESTATES, INC., et al., Defendants, and SAMUEL MEYERS, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

DEVONSHIRE, JR., INC., Appellant, v. LOUIS J. COHN et al., Copartners Trading as Pat Hartly, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EUGENIA SILBERFELD, Respondent, v. SWISS BANK CORPORATION, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.